IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNNIE MAE ACUFF | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MEADOW RUN BUILDERS, INC. | : | NO. 07-4589 |

### MEMORANDUM

**ROBERT F. KELLY, SR. J.**                                                                              **NOVEMBER 2, 2007**

Plaintiff in the above action has filed a motion requesting permission to proceed *in forma pauperis*. It appears from the affidavit filed by Plaintiff that she has the following income:

>Salary - Goldwater Hospital - $1,268.76 per month
>Health care pension - $105 per month
>Board of Education Retirement System - City of New York - $850 per month
>
>Total - $2,223.76 per month

In addition Plaintiff reports that she has savings and a checking account worth $6,493.28.

It is the view of the Court that Plaintiff has sufficient funds to pay the filing fee for her lawsuit and therefore this motion will be denied.

An appropriate Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNNIE MAE ACUFF | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MEADOW RUN BUILDERS, INC. | : | NO. 07-4589 |

### O R D E R

**AND NOW**, this 2nd day of November, 2007, Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1) is hereby **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE